IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Marvin Eubanks, | ) | C/A No.: 0:17-54-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Holly Eubanks; South Carolina Department of Social Services; and Janice Chapman, individually and for her actions as Lancaster County DSS Director, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Marvin Eubanks ("Plaintiff"), proceeding pro se, alleges state and federal causes of action against Holly Eubanks ("Ms. Eubanks"), the South Carolina Department of Social Services ("SCDSS"), and Janice Chapman ("Chapman") (collectively "Defendants"). [ECF No. 1-1]. SCDSS and Chapman filed a motion for summary judgment on December 20, 2017, and Ms. Eubanks filed a motion for summary judgment on December 21, 2017. [ECF Nos. 24, 29]. As Plaintiff is proceeding pro se, the court entered orders pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on December 20, 2017, and December 21, 2017, respectively, advising him of the importance of the motions and of the need for him to file adequate responses by January 22, 2018. [ECF Nos. 27, 30]. Plaintiff was specifically advised that if he failed to respond adequately, the motions may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff has failed to respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to all pending motions to dismiss by February 12, 2018. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that this action be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 29, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge